# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160775(97)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOEL EUSEVIO DAVIS,
     Defendant-Appellant.

_____/

SC: 160775
COA: 332081
Wayne CC: 15-005481-FH

     By order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 17, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2020



Clerk